ANDREA T. MARTINEZ, Acting United States Attorney (No. 9313)
DEE W. SMITH, Special Assistant United States Attorney (No. 8688)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TAYDON TAILOR LAW, <br><br> Defendant. | **INDICTMENT** <br><br> VIOLATIONS: <br><br> COUNT I: 18 U.S.C. § 922 (j), Possession of a Stolen Firearm, <br><br> COUNT II: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm. <br><br><br> Case: 1:21−cr−00057 <br> Assigned To : Stewart, Ted <br> Assign. Date : 5/5/2021 |

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(j)
(Possession of a Stolen Firearm)

On or about January 7, 2021, in the District of Utah,

**TAYDON TAILOR LAW,**

the defendant herein, knowingly possessed and received a stolen firearm, to wit: a Ruger, LC9, 9 caliber handgun, and the firearm was in and affected commerce; all in violation of 18 U.S.C. § 922(j).

## **COUNT II**
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about January 7, 2021, in the District of Utah,

**TAYDON TAILOR LAW,**

the defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: a Ruger, LC9, 9 caliber handgun, and the firearm was in and affected commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON of the GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

DEE W. SMITH
Special Assistant United States Attorney