442

# United States District Court

FILED US District Court-UT
MAY 28 '21 AM10:22

for the

**District of Utah**

UNITED STATES OF AMERICA

v.

**Taydon Tailor Law**

**SEALED**

Case No: 1:21-cr-0057 TS

## ARREST WARRANT




To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) TAYDON TAILOR LAW,

who is accused of an offense or violation based on the following document filed with the court:

- [X] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of a Stolen Firearm and Felon In Possession of a Firearm**

in violation of **18:922(j) and 18:922(g)(1)** United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

May 5, 2021 at Salt Lake City, Utah
Date and Location

By: Ron Black
Deputy Clerk

United States District Court
WARRANT
District of Utah

Bail fixed ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>5.5.2021 | NAME AND TITLE OF ARRESTING OFFICER<br>William Arnold<br>DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>5.11.2021 | | |