SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: kris_angelos@fd.org

---

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS** |
| Plaintiff, | |
| v. | |
| TAYDON TAILOR LAW, | Case No. 1:21-cr-00057 TS |
| Defendant. | |

The Defendant, Taydon Tailor Law, by and through his counsel of record, Kristen R. Angelos, pursuant to DUCrimR 32-1(b) of the United States District Court for the District of Utah, states that, after reviewing the Presentence Report prepared by the United States Probation Office, no sentencing factors as described in this report are disputed by the Defendant.

DATED this 3rd day of January, 2023.

/s/ Kristen R. Angelos
KRISTEN R. ANGELOS
Assistant Federal Public Defender