TRINA A. HIGGINS, United States Attorney (#7349)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
Attorneys for the United States of America
111 South Main Street, Ste. 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00057 TS |
| Plaintiff, | |
| vs. | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| TAYDON TAILOR LAW, | |
| Defendant. | JUDGE: TED STEWART |

The United States, by and through the undersigned Special Assistant United States Attorney, pursuant to Rule 32-1(b) of the Federal Rules of Criminal Procedure of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office, no sentencing factors as described in that report are disputed by the Government.

DATED this 14th day of FEBRUARY 2023.

                                                         TRINA A. HIGGINS
                                                         United States Attorney

                                                         /s/ Branden B. Miles
                                                         BRANDEN B. MILES
                                                         Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was electronically filed and sent by e-filing or sent by interoffice delivery to all parties named below, this 14th day of FEBRUARY 2023.

Kris Angelos
Attorney for Defendant

Alison Lingel
U.S. Probation Office

/s/    BETH MCALPIN
Legal Assistant